UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT KINDRED,<br><br>    Plaintiff,<br><br>  v.<br><br>WUILMER CABRERA, et al.,<br><br>    Defendants. | Case No.: 1:19-cv-00901-JLT (PC)<br><br>**ORDER TO SHOW CAUSE**<br><br>**FOURTEEN-DAY DEADLINE** |

On February 3, 2020, plaintiff's complaint was screened and found to state a cognizable excessive force claim against defendants Cabrera and Media and a failure to protect claim against John Doe. (Doc. 7.) Plaintiff was then directed to file notice as to whether he wished to stand on his complaint or proceed with it as screened. In the alternative, plaintiff was informed that he could file a first amended complaint. The deadline for responding to the Court's order has now passed, and plaintiff has not submitted a notice or an amended pleading. Accordingly, the Court **ORDERS** plaintiff to show cause within fourteen days why this action should not be dismissed for failure to comply with a court order and failure to prosecute. See E.D. Local Rule 183(a).

IT IS SO ORDERED.

   Dated:   **April 13, 2020**                      **/s/ Jennifer L. Thurston**
                                           UNITED STATES MAGISTRATE JUDGE