UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT KINDRED,<br><br>    Plaintiff,<br><br>  v.<br><br>WUILMER CABRERA, et al.,<br><br>    Defendants. | 1:19-cv-00901-JLT (PC)<br><br>**ORDER VACATING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF COURT TO RE-SERVE ORDER ON PLAINTIFF**<br><br>(Doc. 8)<br><br>**THIRTY-DAY DEADLINE** |

The Court screened Plaintiff's complaint and found it did not state a cognizable claim. (Doc. 7.) The Court ordered Plaintiff to file a first amended complaint, a notice of voluntary dismissal, or a notice of election to stand on his complaint. When Plaintiff failed to respond to the order within the time allotted, the Court ordered him to show cause why this action should not be dismissed for failure to respond to a court order and failure to prosecute. (Doc. 8) Plaintiff has now filed a response indicating that he did not receive a copy of the Court's Screening Order.

Accordingly, the Court **VACATES** the order to show cause and directs the Clerk of Court to re-serve the Screening Order (Doc. 7) on Plaintiff. Plaintiff has thirty days from the date of this order to file a response to the Screening Order.

IT IS SO ORDERED.

Dated:   **July 27, 2020**             /s/ Jennifer L. Thurston
                                                     UNITED STATES MAGISTRATE JUDGE