UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT KINDRED,<br><br>           Plaintiff,<br><br>   v.<br><br>WUILMER CABRERA, et al.,<br><br>           Defendants. | No. 1:19-cv-00901-JLT (PC)<br><br>ORDER DIRECTING CLERK TO ASSIGN DISTRICT JUDGE TO CONSIDER THE FINDINGS AND RECOMMENDATIONS |

On March 20, 2021, the Court issued findings and recommendations to dismiss the John Doe defendant. (Doc. 15.) The Clerk of Court is directed to assign a district judge to this case for the purpose of considering the findings and recommendations.

IT IS SO ORDERED.

Dated: **June 15, 2021**                    **/s/ Jennifer L. Thurston**
                                                            CHIEF UNITED STATES MAGISTRATE JUDGE