UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT KINDRED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WUILMER CABRERA, et al.,<br><br>　　　　Defendants. | No. 1:19-cv-00901-NONE-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION; AND ORDERING THAT THE FIRST AMENDED COMPLAINT BE AMENDED BY INTERLINEATION TO ADD DEFENDANT CONGRESS<br><br>(Docs. 25, 26)<br><br>Case to remain open. |

　　　On May 15, 2021, the assigned magistrate judge issued findings and recommendations for the dismissal of claims against John Doe. (Doc. No. 15.) Plaintiff did not file timely objections to the findings and recommendations. Accordingly, on December 1, 2021, the Court adopted the findings and recommendations, dismissed the claims against John Doe, and ordered the case to proceed on plaintiff's excessive force claims against Defendants Cabrera and Media. (Doc. No. 24.)

　　　Plaintiff thereafter advised the court that John Doe's identity is Larry Congress. The Court construed that filing as a motion for reconsideration. On December 16, 2021, the magistrate judge issued findings and recommendations on the motion. (Doc. No. 26.) Finding

1 | that plaintiff's failure to protect claim against Congress should be allowed to proceed, the
2 | magistrate judge recommended that the court grant plaintiff's motion for reconsideration and
3 | allow for amendment of the first amended complaint by interlineation to substitute Laurence
4 | Congress for John Doe. (Doc. No. 26.) The findings and recommendations also advised
5 | plaintiff that he could file objections thereto within fourteen days from the date of service of the
6 | findings and recommendations. (*Id.*) More than fourteen days have passed, and Plaintiff has not
7 | filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on December 16, 2021, (Doc. No. 26), are adopted in full;

3. This case shall proceed on Plaintiff's Fourteenth Amendment excessive force claims against defendants Cabrera and Media; and the failure to protect claim against Lawrence Congress; and

4. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **January 5, 2022**                    Dale A. Drozd
                                                UNITED STATES DISTRICT JUDGE